18959.   McNair *v.* Home Accident Insurance Co. *et al.*

Broyles, C. J.   Under the Supreme Court's construction of sections 30, 31, and 32 of the workmen's compensation act (Ga. L. 1920, p. 167) in *Georgia Casualty Co.* v. *Jones,* 156 *Ga.* 664 (119 S. E. 721), and the amendment to section 32 of the act (Ga. L. 1923, p. 95), the judgment of the superior court excepted to in the instant case was not error for any reason assigned.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
> Decided July 10, 1928.

*Victor Davidson, George H. Carswell,* for plaintiff.
*Brock, Sparks & Russell,* for defendants.

18961.   Chapman *v.* The State.

Broyles, C. J.   1.   The defendant was convicted of manufacturing whisky. The undisputed evidence showed that he and another man were at a distillery which was in operation and running out whisky, and that both fled and escaped from the raiding officers.   The defendant lived about a mile and a half away.   No other persons were at the distillery. In his statement to the jury the defendant attempted to explain his presence at the distillery.   Whether that explanation "was reasonable and satisfactory was a question for the jury; and the jury having rejected it as unsatisfactory to them, and their finding having been approved by the trial judge, this court has no authority to interfere." See *Flint* v. *State,* 29 *Ga. App.* 222 (114 S. E. 585); *Yonce* v. *State,* 29 *Ga. App.* 173 (114 S. E. 584).

2.   None of the special grounds of the motion for a new trial show cause for a reversal of the judgment.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
> Decided July 10, 1928.

*Rufus V. Jones,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.